

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KOWSKY SAINVIL | CIVIL ACTION NO. 11-0130<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| ERIC H. HOLDER, JR., ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 19] filed on behalf of respondents is **GRANTED** and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 25 day of July 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE